1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA  90010
3  manncook@earthlink.net
   (213) 252-9444 / (213) 252-0091 facsimile
4
   **CYNTHIA ANDERSON-BARKER**, CSB 175764
5  ATTORNEY AT LAW
   3435 Wilshire Blvd., Suite 2910
6  Los Angeles, CA  90010
   (213) 381-3246
7  E-Mail: cablaw@hotmail.com

8  Attorneys for Plaintiff

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER, individually and as class representative, | Case No. |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| vs. | |
| CITY OF LOS ANGELES, a municipal corporation; LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, individually and in his official capacity, and Does 1 through 10, | |
| Defendants. | |

TO THE COURT:

    The undersigned, counsel of record for Plaintiff, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case: Lamya Brewster. This representation is made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

-1-

00099778.WPD

1 | DATED: November 2, 2014

2

3 | **DONALD W. COOK**
Attorney for Plaintiff

4

5 | By_____
Donald W. Cook

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00099778.WPD