**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
manncook@earthlink.net
(213) 252-9444 / (213) 252-0091 facsimile

**CYNTHIA ANDERSON-BARKER**, CSB 175764
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 381-3246
E-Mail: cablaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, individually and in his official capacity, and Does 1 through 10,<br><br>Defendants. | Case No. EDCV 14-2257 JGB (SPx)<br><br>**PROOF OF SERVICE OF SUMMONS AND CLASS ACTION CIVIL RIGHTS COMPLAINT, ETC., ON DEFENDANT CHIEF CHARLIE BECK** |

TO THE COURT:

ATTACHED HERETO are Proofs of Service of Summons, Class Action Civil Rights Complaint for Injunctive Relief and Damages; Notice of Intra-District Transfer by Clerk of Court; Notice to Parties of Court-Directed ADR Program; and Notice of Interested Parties on defendant Chief Charlie Beck.

DATED: November 5, 2014

**DONALD W. COOK**
Attorney for Plaintiff

      /s/ Donald W. Cook
By_____
      Donald W. Cook

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. EDCV 14-2257 JGB (SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHIEF CHARLIE BECK
was received by me on *(date)* 11/05/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ethelinda Llanera, Sr. Clerk Typist  *  , who is
designated by law to accept service of process on behalf of *(name of organization)* CHIEF CHARLIE BECK
on *(date)* 11/05/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  * I served the following documents with the Summons: Class Action Civil Rights Complaint for Injunctive Relief and Damages; Notice of Intra-District Transfer by Clerk of Court; Notice to Parties of Court-Directed ADR Program; and Notice of Interested Parties.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/05/2014

*Carol Tokeshi*
*Server's signature*

Carol Tokeshi, paralegal
*Printed name and title*

3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
*Server's address*

Additional information regarding attempted service, etc: