O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER | ) Case No. EDCV 14-2257-JGB ) (SPx) ) |
| Plaintiff, | ) **JUDGMENT** ) |
| v. | ) ) ) |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF CHARLIE BECK, DOES 1-10 | ) ) ) ) ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated:  March 19, 2015     _____
                                            Jesus G. Bernal
                                  United States District Judge

1