FILED

JUN 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **LAMYA BREWSTER, individually and as class representative,**<br><br>Plaintiff-Appellant,<br><br>v.<br><br>**CHARLIE BECK, Chief, individual and official capacity; CITY OF LOS ANGELES, a municipal corporation; CITY OF LOS ANGELES POLICE DEPARTMENT, a public entity,**<br><br>Defendants-Appellees. | No.   15-55479<br><br>D.C. No.<br>5:14-cv-02257-JGB-SP<br><br>**ORDER** |

Before:   **KOZINSKI**, **McKEOWN** and **WATFORD**, Circuit Judges.

Appellant's unopposed motion to extend the time for filing a petition for rehearing en banc is **GRANTED.**  The petition shall be filed no later than July 15, 2017.