| | |
|---|---|
| **BARRETT S. LITT**, CSB 45527<br>KAYE, MCLANE, BEDNARSKI & LITT<br>975 East Green Street<br>Pasadena, CA 91106<br>(626) 844-7660 / (626) 844-7670 facsimile<br>blitt@kmbllaw.com<br><br>**DONALD W. COOK**, CSB 116666<br>ATTORNEY AT LAW<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>(213) 252-9444 / (213) 252-0091 facsimile<br>manncook@earthlink.net | **PAUL L. HOFFMAN**, SBN 071244<br>**CATHERINE SWEETSER**, SBN 271142<br>SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMANN LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>(310) 396-0731 / (310) 399-7040 facsimile<br>hoffpaul@aol.com<br>csweetser@sshhlaw.com |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, individually and in his official capacity, and Does 1 through 10,<br><br>Defendants. | Case No. EDCV 14-2257 JGB (SPx)<br><br>[DISCOVERY MATTER]<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL NON-PARTY OFFICIAL POLICE GARAGE ASSOCIATION TO COMPLY WITH SUBPOENA DUCES TECUM**<br><br>Date: Tuesday, 5/1/18<br>Time: 10:00 a.m.<br>Ctrm: 3 (Riverside - 3rd Fl.)<br><br>DCO: 11/12/18<br>Pretrial: 3/4/19<br>Trial: 3/19/19 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, May 1, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 3 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California, before the Hon. Sheri Pym, United States Magistrate Judge, Plaintiff will move the Court for an order as follows:

1. Compelling non-party Official Police Garage Association of Los Angeles ("OPG-LA") to produce electronically text data as sought in the subpoena duces tecum issued January 8, 2018.

The motion to compel non-party OPG-LA to produce will be pursuant to F.R.Cv.P. 34(c) and 45. The motion will be based on this Notice, the accompanying L.R. 37-2 Stipulation (doc. 82-1, 82-2, 82-3 and 82-4), the records and files of this action, and whatever other matter the Court deems appropriate.

DATED: April 6, 2018

**BARRETT S. LITT**
**PAUL L. HOFFMAN**
**DONALD W. COOK**
Attorneys for Plaintiff

By_____
Donald W. Cook

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010.

On April 6, 2018, I served the foregoing PLAINTIFF'S NOTICE OF MOTION TO COMPEL NON-PARTY OFFICIAL POLICE GARAGE ASSOCIATION TO COMPLY WITH SUBPOENA DUCES TECUM by placing a true copy in a sealed envelope with first class postage fully prepaid and addressed as follows:

Steven M. Garber
Garber & Associates
24025 Park Sorrento, Ste. 240
Calabasas, CA 91302
(323) 777-8000 / (323) 777-3000
E-mail: steve@smgarberlaw.com
Counsel for Official Police Garage Association of Los Angeles

I deposited the envelope in the United States mail on the above date at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 2018, at Los Angeles, California.

_____
Donald W. Cook

00125134.WPD