# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED 14-2257-JGB (SPx) | Date | July 16, 2019 |
|---|---|---|---|
| Title | Lamya Brewster, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Motion Should Not Be Denied as Untimely

On July 8, 2019, non-party Archer's Vineland Service, Inc. filed a motion for a protective order quashing or, in the alternative, limiting plaintiffs' deposition subpoena, and for monetary sanctions against plaintiffs and their counsel, and noticed it for hearing on August 20, 2019. The motion was accompanied by a joint stipulation as required by Local Rule 37-2.

The current discovery cutoff date is July 29, 2019. Under the October 23, 2017 Civil Trial Scheduling Order, the discovery cutoff is the last date to complete all discovery, including expert testimony, and is also the last day for hearing any discovery motions. Since the instant motion is set for hearing after the discovery cutoff date, it is untimely.

Accordingly, Archer's Vineland Service, Inc. is hereby ordered to show cause, on or before July 22, 2019, why the motion for a protective order should not be denied as untimely. If defendant withdraws the motion on or before July 22, 2019, the order to show cause will be discharged.