# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY LOS ANGELES, ET AL., <br><br> Defendants. | Case No. EDCV14-2257 JGB (SPx) <br><br> **PROTECTIVE ORDER RE DATA PRODUCED PURSUANT TO STIPULATION (ECF 324)** |

Pursuant to the stipulation filed October 25, 2023 (ECF 324) ("Stipulation") the Court hereby issues the following order:

1. After Plaintiffs comply with the terms set forth in numbered paragraph 3 on pages 6-7 of the Stipulation, the California Department of Motor Vehicles ("DMV") shall comply with the terms applicable to it as set forth in the Stipulation;

2. The information disclosed by the DMV pursuant to the Stipulation is designated as confidential, shall be kept confidential and its use limited to the Parties' attorneys, their legal staff, data consultants and class administrator. Counsel for the Parties shall inform their legal staff, data consultants and class administrator(s) of the terms of the Stipulation and this Order, and document and maintain the names of the data consultants and class administrator(s) who were provided access to the information subject to the Stipulation and this Order. The information shall be used

for the purposes of this litigation only, and shall be destroyed at the conclusion of this litigation. This Order does not require the individual confidentiality agreements for each record provided that would otherwise be required by Vehicle Code section 1808.22, subdivision (d).

IT IS SO ORDERED.

DATED: October 26, 2023

                        /s/ Sheri Pym
                        **HON. SHERI PYM**
                        United States Magistrate Judge