# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMYA BREWSTER ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY LOS ANGELES, ET AL.,<br><br>Defendants. | Case No. EDCV14-2257 JGB (SPx)<br><br>**PROTECTIVE ORDER RE DATA PRODUCED PURSUANT TO MAY 21, 2024 ORDER (ECF 344)** |

  Regarding the California Department of Motor Vehicles ("DMV") data ordered produced pursuant to the terms of the Court's May 21, 2024 Order (ECF 344) ("5/21/24 Order") the Court hereby issues the following protective order:

  The data produced by the DMV pursuant to the 5/21/24 Order is designated as confidential, shall be kept confidential and its use limited to the Parties' attorneys, their legal staff, data consultants and class administrator. Counsel for the Parties shall inform their legal staff, data consultants and class administrator(s) of the terms of the Stipulation (ECF 382) and this Order, and document and maintain the names of the data consultants and class administrator(s) who were provided access to the information subject to the Stipulation and this Order. The information shall be used for the purposes of this litigation only, and shall be destroyed at the conclusion of this litigation. This Order does not require the individual confidentiality agreements

for each record provided that would otherwise be required by Vehicle Code section 1808.22, subdivision (d).

    IT IS SO ORDERED.

DATED: August 13, 2025

_____
**HON. SHERI PYM**
United States Magistrate Judge